JOHN SAROKHAN, PLAINTIFF-PETITIONER, v. FAIR LAWN MEMORIAL HOSPITAL, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Shavick, Thevos, Stern, Schotz & Steiger* for the petitioner.

*Messrs. Major & Major* for the respondents.

May 11, 1964. Denied.

ASSOCIATED METALS AND MINERALS CORP., PLAINTIFF-RESPONDENT, v. DIXON CHEMICAL & RESEARCH, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 281.

*Messrs. Pindar, McElroy, Connell & Foley, Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Messrs. Budd, Larner & Kent* and *Messrs. Riker, Danzig, Scherer & Brown* for the respondent.

May 11, 1964. Denied.